|     |     |
| --- | --- |
|     |     |

UNITED STATES DISTRICT COURT

for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| JAMIE S. GENTRY,<br><br>                    Plaintiff,<br><br>          vs.<br><br>WEST TRAVEL, INC, et al.,<br><br>                    Defendant. | C05-1153 RSM<br><br>**MINUTE ORDER** |

    Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004, this action has been reassigned to the Honorable Ricardo S. Martinez, United States District Judge.

    All future documents filed in this case must bear the cause number C05-1153 RSM and bear the Judge's name in the upper right hand corner of the document.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated this 19th day of August, 2005

BRUCE RIFKIN
Clerk of Court

by: /S/   PETER H. VOELKER
        Peter H. Voelker, Deputy Clerk